JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, <br><br> Plaintiff, <br><br> v. <br><br> GRACE HOLMES, INC., a Delaware Corporation <br><br> Defendants. | Case No.: 8:21-cv-00179-DOC-DFMx <br><br> **ORDER** |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: March 9, 2021

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
United States District Judge